# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN C. BOZA, and LUIS R. BOZA,<br><br>          Plaintiffs,<br>     vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR6, *et al.*,<br><br>          Defendants. | Case No. 12-06993 JAK (FMOx)<br><br>***Hon. John A. Kronstadt***<br><br>**JUDGMENT**<br><br>JS-6 |

Plaintiffs CARMEN C. BOZA and LUIS R. BOZA ("Plaintiffs") brought this action to quiet title against Defendant US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR6 ("Defendant"). On March 11, 2013, the Court heard oral argument on Defendant's motion to dismiss Plaintiffs' First Amended Complaint. The Court took the motion to dismiss under submission. On March 13, 2013, the Court

**JUDGMENT IN FAVOR OF DEFENDANT**

issued an Order granting the motion to dismiss with prejudice. Pursuant to the Court's March 13, 2013 Order, judgment is hereby entered in favor of Defendant and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: March 21, 2013

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

**JUDGMENT IN FAVOR OF DEFENDANT**