UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN C. BOZA, and LUIS R. BOZA<br><br>Plaintiffs,<br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR6, *et al.*,<br><br>Defendants. | Case No. 12-06993 JAK (FMOx)<br><br>**Hon. John A. Kronstadt**<br><br>**JUDGMENT AWARDING ATTORNEYS' FEES TO DEFENDANT** |

On August 14, 2012, Plaintiffs CARMEN C. BOZA and LUIS R. BOZA ("Plaintiffs") brought this action against Defendant US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR6 ("Defendant"). On March 11, 2013, the Court heard oral argument on Defendant's motion to dismiss Plaintiffs' First Amended Complaint. The Court took the motion to dismiss under submission. On March 12, 2013, the Court

issued an Order granting the motion to dismiss with prejudice. Pursuant to the Court's March 12, 2013 Order, Judgment was entered on March 21, 2013 in favor of Defendant and against Plaintiffs.

Thereafter, on April 4, 2013, Defendant moved for an award of its reasonable attorneys' fees incurred in connection with Defendant's successful defense of this action. On July 25, 2013, the Court issued an Order granting the motion for attorneys' fees and awarding $26,178.00 in attorneys' fees to Defendant. Pursuant to the Court's July 25, 2013 Order, a Judgment in the amount of $26,178.00 is hereby entered in favor of Defendant and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: July 30, 2013_

HON. JOHN A. KRONSTADT